UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:13-cv-08312-SVW-FFM | Date | December 16, 2013 |
|---|---|---|---|
| Title | N. G. et al v. County of Los Angeles et al | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Samuel O Ogbogu | Catherine Mason Mathers |
| Gary S Casselman | Erin Renee Dunkerly |

**Proceedings:**   NEW CASE STATUS CONFERENCE

Status conference held.  The Court sets the following dates:

Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  May 12, 2014 at 3:00 p.m.
Jury Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  May 20, 2014 at 9:00 a.m.

:   14

Initials of Preparer       PMC