**Tomas A. Guterres, Esq. (State Bar No. 152729)**
**Catherine M. Mathers, Esq. (State Bar No. 221983)**
**Erin R. Dunkerly, Esq. (State Bar No. 260220)**
**COLLINS COLLINS MUIR + STEWART LLP**
**1100 El Centro Street**
**South Pasadena, CA  91030**
**(626) 243-1100 – FAX (626) 243-1111**
**Email:  tguterres@ccmslaw.com**
**Email:  cmathers@ccmslaw.com**
**Email:  edunkerly@ccmslaw.com**

Attorneys for Defendants, COUNTY OF LOS ANGELES, DEPUTY DAVID CHEVEZ and DEPUTY LAWRENCE SWANSON, JR.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.G. AND L.G., minors, by and through their Guardian ad Litem, Lilliana Magallon; SARA PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; LEROY BACA, DEPUTIES DAVID CHEVEZ and LAWRENCE SWANSON, JR.; AND DOES 3 – 10,<br><br>Defendants. | CASE NO. CV13-008312-SVW(FFMx)<br>*[Assigned to Judge Stephen V. Wilson, Courtroom 6]*<br><br>**DEFENDANTS DEPUTY DAVID CHEVEZ AND DEPUTY LAWRENCE SWANSON, JR.'S AMENDED WITNESS LIST**<br><br>Trial Date:    August 12, 2014 |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants DEPUTY DAVID CHEVEZ and DEPUTY LAWRENCE SWANSON, JR. hereby submit the following amended witness list pursuant to Local Rule 16-5 of the United States District Court or the Central District of California and F.R.Civ.P. 26(a)(3)(A):

18782

1

**DEFENDANTS' AMENDED WITNESS LIST**

## DEFENDANTS' WITNESSES

| NO. | WITNESS | ADDRESS | TELEPHONE |
|---|---|---|---|
| 1 | Deputy Lawrence Swanson Jr. | May be contacted through defense counsel. | |
| 2 | Deputy David Chevez | May be contacted through defense counsel. | |
| 3 | Sgt. Frank Salerno | May be contacted through defense counsel. | |
| 4 | Sgt. Ron Duval* | May be contacted through defense counsel. | |
| 5 | Deputy J. Short #517841* | May be contacted through defense counsel. | |
| 6 | Deputy M. Maxwell #499028* | May be contacted through defense counsel. | |
| 7 | Deputy Jonathan Hill #519819* | May be contacted through defense counsel. | |
| 8 | Deputy Woullard #515209* | May be contacted through defense counsel. | |
| 9 | Sgt. Hoglund #27712* | May be contacted through defense counsel. | |
| 10 | Sgt. Mitch Loman #219078* | May be contacted through defense counsel. | |
| 11 | Scott Cooper #260209* | May be contacted through defense counsel. | |
| 12 | Deputy John Chun* | May be contacted through defense | |

---

* Witnesses who may be called only if need arises, pursuant to *Local Rule* 16-5.

18782

2

**DEFENDANTS' AMENDED WITNESS LIST**

| | | | counsel. | |
|---|---|---|---|---|
| | 13 | Sgt. Don Rasmussen* | May be contacted through defense counsel. | |
| | 14 | Criminalist Manuel Muñoz #233804* | May be contacted through defense counsel. | |
| | 15 | Alex G. Strouzer #285040* | May be contacted through defense counsel. | |
| | 16 | Maryam Nickooshiam #547025* | May be contacted through defense counsel. | |
| | 17 | M. Acevedo* | unknown | unknown |
| | 18 | Daniel T. Anderson* | May be contacted through defense counsel. | |
| | 19 | Deputy S. Gomez #514216* | May be contacted through defense counsel. | |
| | 20 | Deputy J. Kelley-Eklund # 514228* | May be contacted through defense counsel. | |
| | 21 | Deputy Maldonado #516337* | May be contacted through defense counsel. | |
| | 22 | Deputy Sean Kusiak #505185* | May be contacted through defense counsel. | |
| | 23 | Margaret A. Kaleuati, Senior Criminalist* | May be contacted through defense counsel. | |
| | 24 | Sean Yoshi, Criminalist* | May be contacted through defense counsel. | |
| | 25 | Dep. Sean Hoodye* | May be contacted through defense counsel. | |
| | 26 | Cho Lwin, M.D.* | May be contacted through defense | |

18782

3

**DEFENDANTS' AMENDED WITNESS LIST**

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

| | | | counsel. |
|---|---|---|---|
| 27 | Dr. Arnold Sin | 1068 Holiday Drive, West Covina | 626-780-1199 |
| 28 | Camille Concepcion, RN* | 555 E Hardy St, Inglewood, CA 90301 | 909-569-9986 |
| 29 | McCaul Flack* | 555 E Hardy St, Inglewood, CA 90301 | 310-968-3264 |
| 30 | Rosanna Camargo, RN* | 555 E Hardy St, Inglewood, CA 90301 | 562-291-9366 |
| 31 | Noelle Winner, RN* | 555 E Hardy St, Inglewood, CA 90301 | 310-256-7142 |
| 32 | Ollibunmi Salani, RN* | 555 E Hardy St, Inglewood, CA 90301 | 562-743-8853 |
| 33 | Tiffani Laffoon, RN* | 555 E Hardy St, Inglewood, CA 90301 | 951-880-5190 |
| 34 | Erenderia Sanchez-Soto, RN | 2829 West Lingan, Santa Ana, CA 92704 | (424) 240-1218 |
| 35 | Jacob Marhefky, LVN | May be contacted through counsel for Ceninela Hospital | |
| 36 | Bettye Chism, LVN* | 1842 East Avenue R5, Palmdale, 93550. | |
| 37 | David Lopez, EMT* | 555 E Hardy St, Inglewood, CA 90301 | Unknown |
| 38 | A. Prude* | 555 E Hardy St, Inglewood, CA 90301 | Unknown |
| 39 | Alfreda Kennedy* | 555 E Hardy St, Inglewood, CA 90301 | Unknown |
| 40 | Kimberly King, RN* | 12584 Atwood Ct., # 1811, Rancho Cucamonga, CA 91739 | (909) 227-0243 or (909) 597-3663 |
| 41 | Danilo Tecson* | Unknown | 818-481-4179 |
| 42 | Christopher Chang * | Unknown | 562-881-2619 |
| 43 | Lashanique Hulse* | 1305 W. 90th Street, Los Angeles 90044 | (323)867-0066 |
| 44 | Carmen Cotton* | 11112 Normandie Ave. #3 Los Angeles, CA 90044 | (323)649·0134 |
| 45 | Ted Luckow* | Unknown | Unknown |
| 46 | Evelyn Davis | 904 West 73rd Street, Apartment 2, Los | |

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

18782

4

**DEFENDANTS' AMENDED WITNESS LIST**

| | | | |
|---|---|---|---|
| | | Angeles, CA 90044 | |
| 47 | Thomas Rodgers* | 5401 West Blvd, Los Angeles 90043 | Unknown |
| 48 | Lilliana Magallon | May be contacted through plaintiffs' counsel | |
| 49 | Felix Dwight Travis* | 901 West 73rd Street, Los Angeles, CA 90044 | 323-392-6338 |
| 50 | Philip S. Trompetter, PhD, ABPP | May be contacted through defense counsel. | |
| 51 | Vina R. Spiehler, PhD, DABFT | May be contacted through defense counsel. | |
| 52 | Commander (ret.) Gil Jurado | May be contacted through defense counsel. | |
| 53 | Sgt (ret.) Paul Delhauer | May be contacted through defense counsel. | |
| 54 | Michelle Hoffman, M.S. | May be contacted through defense counsel. | |
| 55 | Custodian of Records for Los Angeles County Coroner Department* | May be contacted through defense counsel. | |
| 56 | Custodian of Records for Los Angeles County Sheriff's Department* | May be contacted through defense counsel. | |
| 57 | Custodian of Records for Los Angeles County Sheriff's Department Scientific Services Bureau* | May be contacted through defense counsel. | |
| 58 | Custodian of Records for Centinela Hospital* | May be contacted through counsel for Centinela Hospital. | |
| 59 | Custodian of Records for Bank of America* | Bank of America Corporation, 818 W. Seventh St., Los Angeles, CA 90017 | UNKNOWN |

18782

5

**DEFENDANTS' AMENDED WITNESS LIST**

Collins Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

| 60 | Custodian of Records for Magnetic Component Engineering* | 2830 Lomita Blvd., Torrance, CA 90505 | UNKNOWN |
|----|---|---|---|
| 61 | Custodian of Records for Douglass and Dunaway Mortuary* | 4286 W. Broadway, Hawthorne, CA 90250 | UNKNOWN |
| 62 | Custodian of Records for Inglewood Park Cemetery* | 720 E. Florence Ave., Inglewood, CA 90301 | UNKNOWN |
|    | Custodian of Records for Stryker* | 2825 Airview Boulevard, Kalamazoo, MI 49002 | 269 389 7469 |

Defendants reserve the right to call any and all witnesses identified by any other party in this action, and all witnesses that have been previously deposed.

Defendants also reserve the right to amend or supplement this list if any of the above-named witnesses become unavailable.

Defendants further reserve the right to name and call back additional witnesses upon reasonable notice to counsel and to call rebuttal witnesses whose testimony cannot be reasonably anticipated at the time of this disclosure.

Defendants also reserve the right not to call any of the above witnesses.

DATED: July 8, 2014        COLLINS COLLINS MUIR + STEWART LLP

By: _____
ERIN R. DUNKERLY
TOMAS A. GUTERRES
CATHERINE M. MATHERS
Attorneys for Defendants, COUNTY OF LOS ANGELES, DEPUTY DAVID CHEVEZ and DEPUTY LAWRENCE SWANSON, JR.

18782

**DEFENDANTS' AMENDED WITNESS LIST**