# REDACTED



FILED
CLERK, U.S. DISTRICT COURT
DEC -5 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.G. AND L.G, minors, by and through their Guardian ad Litem, Lilliana Magallon; SARA PEREZ,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES; LEROY BACA, DEPUTIES DAVID CHEVEZ and LAWRENCE SWANSON, JR.; GOMEZ, KELLY-EKLUND, DOES 5–10<br><br>Defendants. | Case No. CV13-008312-SVW (FFMx)<br><br>VERDICT FORM |

We, the Jury, in the above-entitled case, answer the questions submitted to us as follows:

<u>EXCESSIVE FORCE</u>

1. Do you find for the plaintiffs on their claim against defendant Deputy Chevez for the use of excessive force?

        Defendant Chevez    Yes ___    No _X_

<u>FOURTEENTH AMENDMENT—DUE PROCESS</u>

2. Do you find for the plaintiffs on their Fourteenth Amendment claim against

1  defendants Deputies Chevez and Swanson?
2          Defendant Chevez    Yes \_\_\_    No X
3          Defendant Swanson    Yes \_\_\_    No X

5      When you have finished answering all applicable questions, please sign and
6  date the verdict form, and notify the Court that the jury has finished deliberating.

9  DATED: December 5, 2014

**REDACTED**

Jury Foreperson

2