NAME & ADDRESS

FILED
CLERK, U.S. DISTRICT COURT
DEC -5 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| N. G. et al, | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S), | 2:13-cv-08312-SVW-FFM |
| v. | |
| County of Los Angeles et al, | **RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING** |
| DEFENDANT(S). | |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the **defendant's** exhibit list are hereby being returned to counsel for the respective party(ies) *except* the following exhibit(s):

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

12/5/14
Date

Counsel for: ☐ Plaintiff ☒ Defendant ☐ _____

Catherine M. Mathers     (626) 243-1100
Signature                Telephone Number

_____
Date

Counsel for: ☐ Plaintiff ☐ Defendant ☐ _____

_____        _____
Signature          Telephone Number

I hereby certify that the above-mentioned exhibits were returned to counsel as indicated above this date.

12/5/14
Date

Clerk, U.S. District Court
By _____
Deputy Clerk

cc: Judge     Exhibits Custodian     Counsel Signing Document

G-38 (11/09)   RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING