# LIST OF EXHIBITS AND WITNESSES

| Case Number | 2:13-cv-08312-SVW-FFM | Title | N. G. et al v. County of Los Angeles et al |
|---|---|---|---|
| Judge | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | | |
| Dates of Trial or Hearing | 12/02/14, 12/03/14, 12/04/14, 12/05/14 | | |
| Court Reporters or Tape No. | Deborah Gackle, Marea Woolrich | | |
| Deputy Clerks | Paul M. Cruz | | |

FILED
CLERK U.S. DISTRICT COURT
DEC 15 2014
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Robert S. Shtofman | Catherine M. Mathers |
| Samuel O. Ogbogu | Erin R. Dunkerly |
| Gary S. Casselman | Tomas A. Guterres |
| Okorie C. Okorocha | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | See Attached | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

1 | Samuel O. Ogbogu, Esq. (#156427)
SAMUEL OGBOGU, INC.
2 | 4311 Wilshire Boulevard, Suite 308
Los Angeles, CA 90010
3 | Telephone: (213) 624-1500
Facsimile: (213) 802-2946
4 | sogboguinclaw@aol.com
5

6 | Robert L. Shtofman, Esq. (#135577)          Gary S. Casselman, Esq. (#81658)
Law Ofc Robert L. Shtofman               CASSELMAN LAW OFFICES
7 | 18150 Chardon Cir                           3415 S. Sepulveda Blvd., Suite 100
Encino, CA 91316                          Los Angeles, CA 90034
8 | Tel. (818) 609-0090                         Tel. (310) 314-4444 Fax: (310) 314-4447
9 | Fax (818) 609-1977                          garyscasselman@gmail.com
RShtofman@gmail.com
10

11

12 | Attorney for Plaintiffs, N.G. and L.G., Minors, by and through
Their Guardian ad Litem, Lilliana Magallon; Sara Perez.
13

14

15 | **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

16 | N.G. AND L.G., minors, by and       )   Case No.: CV13-008312-SVW (FFMx)
through their Guardian ad Litem,    )
17 | Lilliana Magallon; SARA PEREZ.    )
)   **PLAINTIFFS' AMENDED**
18 |                                    )   **WITNESS LIST – PHASE ONE**
)   **TRIAL**
19 |         Plaintiffs,                )
Vs.                                )
20 |                                    )   **Trial date:       August 12, 2014**
)
21 | COUNTY OF LOS ANGELES;             )
LEROY BACA, DEPUTY DAVID            )   **Pre-trial Date: July 28, 2014**
22 | CHEVEZ, DEPUTY LAWRENCE            )   **Time:           1:30 p.m.**
SWANSON AND DOES 3 – 10.            )   **Courtroom:       6**
23 |                                    )
24 |         Defendants                 )

25

26 | The Plaintiffs, N.G. L.G. and Sara Perez hereby submit the following Amended

27 | Witness List for Phase One.  Plaintiffs reserve the right to amend and/or supplement

28 | this list:

| No. | Witness |
|-----|---------|

**1.   Jacob Marhefky, LVN**  r~|3

    Direct Examiner:        Plaintiffs        Direct Exam Time Est.:  .5

    Cross Examiner:        COLA        Cross Exam Time Est.:

    Brief Description of Testimony:    Witness to incident

**2.   Felix Travis**

    Direct Examiner:        Plaintiffs        Direct Exam Time Est.:  .5

    Cross Examiner:        COLA        Cross Exam time Est.:

    Brief Description of Testimony:    Witness to incident

**3.   Deputy Perez, David Chevez**  ✓  12/2

    Direct Examiner:        Plaintiffs        Direct Exam Time Est.:  1.0

    Cross Examiner:        COLA        Cross Exam Time Est.:

    Brief Description of Testimony:    Defendant and incident participant

**4.   Deputy Lawrence Swanson**  12|2 , 12/3

    Direct Examiner:        Plaintiffs        Direct Exam Time Est.:  1.0

    Cross Examiner:        COLA        Cross Exam Time Est.:

    Brief Description of Testimony:    Defendant and incident participant

**5.   Evelyn Davis**  r~|3

    Direct Examiner:        Plaintiffs        Direct Exam Time Est.:  .5

    Cross Examiner:        COLA        Cross Exam Time Est.:

    Brief Description of Testimony:    Defendant and incident participant

6.  **Kimberly King, LVN**   12/3

Direct Examiner:                   Leocadio Figueroa      Direct Exam Time Est.:   .5

Cross Examiner:                   COLA                          Cross Exam Time Est.:

Brief Description of Testimony:      Witness to incident

7.  **Bettye Chism**   12/3

Direct Examiner:                   Plaintiff                      Direct Exam Time Est.:   .3

Cross Examiner:                   COLA                          Cross Exam Time Est.:

Brief Description of Testimony:      Witness to incident

8.  **Erendira Sanchez**

Direct Examiner:                   Plaintiff                      Direct Exam Time Est.:   .5

Cross Examiner:                   COLA                          Cross Exam Time Est.:

Brief Description of Testimony:      Witness to incident

9.  **Deputy Joshua Short**

Direct Examiner:                   Plaintiff                      Direct Exam Time Est.:   .5

Cross Examiner:                   COLA                          Cross Exam Time Est.:

Brief Description of Testimony:      Investigating Deputy

10.  **Deputy Kelly Eklund**   12/2

Direct Examiner:                   Plaintiff                      Direct Exam Time Est.:   .3

Cross Examiner:                   COLA                          Cross Exam Time Est.:

Brief Description of Testimony:      Arresting Deputy

11.  **Deputy Samuel Gomez**

Direct Examiner:                   Plaintiff                      Direct Exam Time Est.:   .3

| | | | |
|---|---|---|---|
| 1 | Cross Examiner: | COLA | Cross Exam Time Est.: |
| 2 | Brief Description of Testimony: | Arresting Deputy | |
| 3 | | | |

**12.   Deputy Frank Salerno**

| | | | |
|---|---|---|---|
| Direct Examiner: | Plaintiffs | Direct Exam Time Est.: | .5 |
| Cross Examiner: | COLA | Cross Exam Time Est.: | .3 |
| Brief Description of Testimony: | Investigating deputy | | |

**13.   Deputy Ron Duval**

| | | | |
|---|---|---|---|
| Direct Examiner: | Plaintiff | Direct Exam Time Est.: | .5 |
| Cross Examiner: | COLA | Cross Exam time Est.: | |
| Brief Description of Testimony: | Investigating Deputy | | |

**14.   Macario Gutierrez**

| | | | |
|---|---|---|---|
| Direct Examiner: | Plaintiffs | Direct Exam Time Est.: | .5 |
| Cross Examiner: | COLA | Cross Exam Time Est.: | .2 |
| Brief Description of Testimony: | Prior contact with defendant | | |

**15.   Sara Perez**

| | | | |
|---|---|---|---|
| Direct Examiner: | Plaintiffs | Direct Exam Time Est.: | 1.0 |
| Cross Examiner: | COLA | Cross Exam Time Est.: | 1.0 |
| Brief Description of Testimony: | Party Plaintiff | | |

**16.   Liliana Magallon**

| | | | |
|---|---|---|---|
| Direct Examiner: | Plaintiffs | Direct Exam Time Est.: | 1 |
| Cross Examiner: | COLA | Cross Exam Time Est.: | |
| Brief Description of Testimony: | Nature of Plaintiffs relationship and damages | | |

1  17.  **Dr. Arnold Sin** 12|4

2       Direct Examiner:              Plaintiff          Direct Exam Time Est.:  .5

3       Cross Examiner:               COLA              Cross Exam Time Est.:

4       Brief Description of Testimony:      Witness to incident and examining physician

5

6  18.  **Dr. Cho Lwin**  12|2

7       Direct Examiner              Plaintiff          Direct Exam Time Est:   1.0

8       Cross Examiner               COLA               Cross  Exam Time Est:

9       Brief Description of Testimony:   Gutierrez' autopsy findings and opinions

10

11  19.  **N.G.**

12       Direct Examiner             Plaintiff     Direct Exam Time Est:            .5

13       Cross Examiner              COLA        Cross Exam Time Est:

14       Brief Description of Testimony:  Plaintiff.

15  20.  **L. G.**

16       Direct Examiner             Plaintiff          Direct Exam              .5

17       Cross Examiner              COLA               Cross Exam

18       Brief Description of Testimony:  Plaintiff

19  21.  **Tom Streed, PhD** 12|3

20       Direct Examiner             Plaintiff          Direct Exam             1.0

21       Cross Examiner              COLA               Cross Exam

22       Brief Description of Testimony:  Expert opinion per Rule 26

23

24  22,  **Jesse Wobrock, PhD** 12|4

25       Direct Examiner             Plaintiff          Direct Exam Time Est.  1.0

26       Cross Examiner              COLA               Cross Exam Time Est.

27       Brief description of Testimony:  Expert Opinion Per Rule 26

28

23    **Ron Scott**

Direct Examiner          Plaintiff                    Direct Exam Time Est.  1.0

Cross Examiner           COLA                         Cross Exam Time

Brief description of Testimony:  Expert Opinion Per Rule 26

24.   **Robert Johnson, PhD**

Direct Examiner          Plaintiff                    Direct Exam Time Est.  1.0

Cross Examiner           COLA                         Cross Exam Time

Brief description of Testimony:  Expert Opinion Per Rule 26

25.   **H. Ronald Fisk, MD, PhD**

Direct Examiner          Plaintiff                    Direct Exam Time Est.  1.0

Cross Examiner           COLA                         Cross Exam Time

Brief description of Testimony:  Expert Opinion Per Rule 26

26.   **Leonard Romero**

Direct Examiner          Plaintiff                    Direct Exam Time Est.  .50

Cross Examiner           COLA                         Cross Exam Time

Brief description of Testimony:  Expert Opinion  and scene inspection

27.   **Margaret Kaleuati**

Direct Examiner          COLA              Direct Exam Time Est.  .50

Cross Examiner           Leocadio Figueroa  Cross Exam Time

Brief description of Testimony:   Criminalist

28.   **Ms. Eggins**

Direct Examiner          Plaintiff                    Direct Exam Time Est.  .30

Cross Examiner           COLA                         Cross Exam Time

Brief description of Testimony:  Video recording

29.   **Brenda Shafer**

Direct Examiner          Plaintiff                    Direct Exam Time Est.  .30

Cross Examiner           COLA                         Cross Exam Time

1    Brief description of Testimony:  Coroner investigator

2

3  30.    **Brenda Gutierrez**

4    Direct Examiner          Plaintiff          Direct Exam Time Est.  .30

5    Cross Examiner          COLA              Cross Exam Time

6    Brief description of Testimony:  Familial relationship

7
8  31.    **Custodian of Record, Stryker**

9    Direct Examiner          Plaintiff          Direct Exam Time Est.  .30

10   Cross Examiner          COLA              Cross Exam Time

11   Brief description of Testimony:  Gurney

12
13 32.    **Custodian of Records, Inglewood Park Cemetery**

14   Direct Examiner          Plaintiff          Direct Exam Time Est.  .30

15   Cross Examiner          COLA              Cross Exam Time

16   Brief description of Testimony:  Burial and funeral expenses

17
18 33.    **Custodian of Records, Douglass Dunaway Mortuary**

19   Direct Examiner          Plaintiff          Direct Exam Time Est.  .30

20   Cross Examiner          COLA              Cross Exam Time

21   Brief description of Testimony:  Burial and funeral expenses

22
23 34.    **Custodian of records, County of Los Angeles Sheriff's Department**

24   Direct Examiner          Plaintiff          Direct Exam Time Est.  .30

25   Cross Examiner          COLA              Cross Exam Time

26   Brief description of Testimony:  Investigative records and photographs

27 ///

28 ///

35. **Custodian of records, County of Los Angeles Coroner**

Direct Examiner          Plaintiff                    Direct Exam Time Est.  .30

Cross Examiner           COLA                         Cross Exam Time

Brief description of Testimony:  Autopsy records

36. **Custodian of records, Centinela Hospital Medical Center**

Direct Examiner          Plaintiff                    Direct Exam Time Est.  .30

Cross Examiner           COLA                         Cross Exam Time

Brief description of Testimony:  Gutierrez medical records and Video of scene

37. **Custodian of records, Magnetic Component Engineering**

Direct Examiner          Plaintiff                    Direct Exam Time Est.  .30

Cross Examiner           COLA                         Cross Exam Time

Brief description of Testimony: Employment Records of Gutierrez

38. **A/Captain Wes Sutton**

Direct Examiner          Plaintiff                    Direct Exam Time Est.  .30

Cross Examiner           COLA                         Cross Exam Time

Brief description of Testimony:  Incident / Investigation

DATED: July 11, 2014

/s/Samuel O. Ogbogu
Samuel O. Ogbogu, Esq.
Robert S. Shtofman, Esq.
Gary S. Casselman, Esq.
Attorney for Plaintiffs
N.G., L.G. and Sara Perez

1  Tomas A. Guterres, Esq. (State Bar No. 152729)
2  Catherine M. Mathers, Esq. (State Bar No. 221983)
   Erin R. Dunkerly, Esq. (State Bar No. 260220)
3  COLLINS COLLINS MUIR + STEWART LLP
4  1100 El Centro Street
   South Pasadena, CA 91030
5  (626) 243-1100 – FAX (626) 243-1111
6  Email: tguterres@ccmslaw.com
   Email: cmathers@ccmslaw.com
7  Email: edunkerly@ccmslaw.com
8  Attorneys for Defendants, COUNTY OF LOS ANGELES, DEPUTY DAVID
   CHEVEZ and DEPUTY LAWRENCE SWANSON, JR.
9

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12  N.G. AND L.G., minors, by and        )  CASE NO. CV13-008312-SVW(FFMx)
13  through their Guardian ad Litem,     )  *[Assigned to Judge Stephen V. Wilson,*
    Lilliana Magallon; SARA PEREZ,       )  *Courtroom 6]*
14                                       )
15                Plaintiffs,            )  **DEFENDANTS DEPUTY DAVID**
16                                       )  **CHEVEZ AND DEPUTY LAWRENCE**
17         vs.                           )  **SWANSON, JR.'S AMENDED**
                                         )  **WITNESS LIST**
18  COUNTY OF LOS ANGELES;               )
    LEROY BACA, DEPUTIES DAVID           )
19  CHEVEZ and LAWRENCE                  )  **Trial Date:    August 12, 2014**
20  SWANSON, JR.; AND DOES 3 – 10,       )
                                         )
21                Defendants.            )
22  _____  )

23       TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF
24  RECORD:
25       Defendants DEPUTY DAVID CHEVEZ and DEPUTY LAWRENCE
26  SWANSON, JR. hereby submit the following amended witness list pursuant to Local
27  Rule 16-5 of the United States District Court or the Central District of California and
28  F.R.Civ.P. 26(a)(3)(A):

18782

                                         1
              DEFENDANTS' AMENDED WITNESS LIST

Case 2:13-cv-08312-SVW-FFM   Document 93   Filed 07/08/14   Page 2 of 6   Page ID #:2792

## DEFENDANTS' WITNESSES

| NO. | WITNESS | ADDRESS | TELEPHONE |
|---|---|---|---|
| 1 | Deputy Lawrence Swanson Jr. | May be contacted through defense counsel. | |
| 2 | Deputy David Chevez | May be contacted through defense counsel. | |
| 3 | Sgt. Frank Salerno | May be contacted through defense counsel. | |
| 4 | Sgt. Ron Duval* | May be contacted through defense counsel. | |
| 5 | Deputy J. Short #517841* | May be contacted through defense counsel. | |
| 6 | Deputy M. Maxwell #499028* | May be contacted through defense counsel. | |
| 7 | Deputy Jonathan Hill #519819* | May be contacted through defense counsel. | |
| 8 | Deputy Woullard #515209* | May be contacted through defense counsel. | |
| 9 | Sgt. Hoglund #27712* | May be contacted through defense counsel. | |
| 10 | Sgt. Mitch Loman #219078* | May be contacted through defense counsel. | |
| 11 | Scott Cooper #260209* | May be contacted through defense counsel. | |
| 12 | Deputy John Chun* | May be contacted through defense | |

*  Witnesses who may be called only if need arises, pursuant to *Local Rule* 16-5.

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone   (626) 243-1100
Fax   (626) 243-1111

18782

2

## DEFENDANTS' AMENDED WITNESS LIST

| | | counsel. | |
|---|---|---|---|
| 13 | Sgt. Don Rasmussen* | May be contacted through defense counsel. | |
| 14 | Criminalist Manuel Muñoz #233804* | May be contacted through defense counsel. | |
| 15 | Alex G. Strouzer #285040* | May be contacted through defense counsel. | |
| 16 | Maryam Nickooshiam #547025* | May be contacted through defense counsel. | |
| 17 | M. Acevedo* | unknown | unknown |
| 18 | Daniel T. Anderson* | May be contacted through defense counsel. | |
| 19 | Deputy S. Gomez #514216* | May be contacted through defense counsel. | |
| 20 | Deputy J. Kelley-Eklund # 514228* | May be contacted through defense counsel. | |
| 21 | Deputy Maldonado #516337* | May be contacted through defense counsel. | |
| 22 | Deputy Sean Kusiak #505185* | May be contacted through defense counsel. | |
| 23 | Margaret A. Kaleuati, Senior Criminalist* | May be contacted through defense counsel. | |
| 24 | Sean Yoshi, Criminalist* | May be contacted through defense counsel. | |
| 25 | Dep. Sean Hoodye* | May be contacted through defense counsel. | |
| 26 | Cho Lwin, M.D.* | May be contacted through defense | |

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax    (626) 243-1111

18782

**DEFENDANTS' AMENDED WITNESS LIST**

| | | counsel. | |
|---|---|---|---|
| 27 | Dr. Arnold Sin | 1068 Holiday Drive, West Covina | 626-780-1199 |
| 28 | Camille Concepcion, RN* | 555 E Hardy St, Inglewood, CA 90301 | 909-569-9986 |
| 29 | McCaul Flack* | 555 E Hardy St, Inglewood, CA 90301 | 310-968-3264 |
| 30 | Rosanna Camargo, RN* | 555 E Hardy St, Inglewood, CA 90301 | 562-291-9366 |
| 31 | Noelle Winner, RN* | 555 E Hardy St, Inglewood, CA 90301 | 310-256-7142 |
| 32 | Ollibunmi Salani, RN* | 555 E Hardy St, Inglewood, CA 90301 | 562-743-8853 |
| 33 | Tiffani Laffoon, RN* | 555 E Hardy St, Inglewood, CA 90301 | 951-880-5190 |
| 34 | Erenderia Sanchez-Soto, RN | 2829 West Lingan, Santa Ana, CA 92704 | (424) 240-1218 |
| 35 | Jacob Marhefky, LVN | May be contacted through counsel for Ceninela Hospital | |
| 36 | Bettye Chism, LVN* | 1842 East Avenue R5, Palmdale, 93550. | |
| 37 | David Lopez, EMT* | 555 E Hardy St, Inglewood, CA 90301 | Unknown |
| 38 | A. Prude* | 555 E Hardy St, Inglewood, CA 90301 | Unknown |
| 39 | Alfreda Kennedy* | 555 E Hardy St, Inglewood, CA 90301 | Unknown |
| 40 | Kimberly King, RN* | 12584 Atwood Ct., # 1811, Rancho Cucamonga, CA 91739 | (909) 227-0243 or (909) 597-3663 |
| 41 | Danilo Tecson* | Unknown | 818-481-4179 |
| 42 | Christopher Chang * | Unknown | 562-881-2619 |
| 43 | Lashanique Hulse* | 1305 W. 90th Street, Los Angeles 90044 | (323)867-0066 |
| 44 | Carmen Cotton* | 11112 Normandie Ave. #3 Los Angeles, CA 90044 | (323)649-0134 |
| 45 | Ted Luckow* | Unknown | Unknown |
| 46 | Evelyn Davis | 904 West 73rd Street, Apartment 2, Los | |

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax   (626) 243-1111

18782

4

**DEFENDANTS' AMENDED WITNESS LIST**

Case 2:13-cv-08312-SVW-FFM   Document 93   Filed 07/08/14   Page 5 of 6   Page ID #:2795

| | | | |
|---|---|---|---|
| | | Angeles, CA 90044 | |
| 47 | Thomas Rodgers* | 5401 West Blvd, Los Angeles 90043 | Unknown |
| 48 | Lilliana Magallon | May be contacted through plaintiffs' counsel | |
| 49 | Felix Dwight Travis* | 901 West 73rd Street, Los Angeles, CA 90044 | 323-392-6338 |
| 50 | Philip S. Trompetter, PhD, ABPP | May be contacted through defense counsel. | |
| 51 | Vina R. Spiehler, PhD, DABFT | May be contacted through defense counsel. | 12/4 |
| 52 | Commander (ret.) Gil Jurado | May be contacted through defense counsel. | |
| 53 | Sgt (ret.) Paul Delhauer | May be contacted through defense counsel. | 12/4 |
| 54 | Michelle Hoffman, M.S. | May be contacted through defense counsel. | 12/4 |
| 55 | Custodian of Records for Los Angeles County Coroner Department* | May be contacted through defense counsel. | |
| 56 | Custodian of Records for Los Angeles County Sheriff's Department* | May be contacted through defense counsel. | |
| 57 | Custodian of Records for Los Angeles County Sheriff's Department Scientific Services Bureau* | May be contacted through defense counsel. | |
| 58 | Custodian of Records for Centinela Hospital* | May be contacted through counsel for Centinela Hospital. | |
| 59 | Custodian of Records for Bank of America* | Bank of America Corporation, 818 W. Seventh St., Los Angeles, CA 90017 | UNKNOWN |

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax    (626) 243-1111

18782

**DEFENDANTS' AMENDED WITNESS LIST**

Case 2:13-cv-08312-SVW-FFM   Document 93   Filed 07/08/14   Page 6 of 6   Page ID #:2796

| 60 | Custodian of Records for Magnetic Component Engineering* | 2830 Lomita Blvd., Torrance, CA 90505 | UNKNOWN |
| 61 | Custodian of Records for Douglass and Dunaway Mortuary* | 4286 W. Broadway, Hawthorne, CA 90250 | UNKNOWN |
| 62 | Custodian of Records for Inglewood Park Cemetery* | 720 E. Florence Ave., Inglewood, CA 90301 | UNKNOWN |
| | Custodian of Records for Stryker* | 2825 Airview Boulevard, Kalamazoo, MI 49002 | 269 389 7469 |

Defendants reserve the right to call any and all witnesses identified by any other party in this action, and all witnesses that have been previously deposed.

Defendants also reserve the right to amend or supplement this list if any of the above-named witnesses become unavailable.

Defendants further reserve the right to name and call back additional witnesses upon reasonable notice to counsel and to call rebuttal witnesses whose testimony cannot be reasonably anticipated at the time of this disclosure.

Defendants also reserve the right not to call any of the above witnesses.

DATED:  July 8, 2014          COLLINS COLLINS MUIR + STEWART LLP

By:  _____

ERIN R. DUNKERLY
TOMAS A. GUTERRES
CATHERINE M. MATHERS
Attorneys for Defendants, COUNTY OF
LOS ANGELES, DEPUTY DAVID
CHEVEZ and DEPUTY LAWRENCE
SWANSON, JR.

Collins Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax  (626) 243-1111

18782

6

DEFENDANTS' AMENDED WITNESS LIST

1 | Tomas A. Guterres, Esq. (State Bar No. 152729)
2 | Catherine M. Mathers, Esq. (State Bar No. 221983)
  | Erin R. Dunkerly, Esq. (State Bar No. 260220)
3 | COLLINS COLLINS MUIR + STEWART LLP
4 | 1100 El Centro Street
  | South Pasadena, CA  91030
5 | (626) 243-1100 – FAX (626) 243-1111
6 | Email:  tguterres@ccmslaw.com
  | Email:  cmathers@ccmslaw.com
7 | Email:  edunkerly@ccmslaw.com
8 | Attorneys for Defendants, COUNTY OF LOS ANGELES and DEPUTY DAVID CHEVEZ and DEPUTY LAWRENCE SWANSON, JR.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.G. AND L.G., minors, by and through their Guardian ad Litem, Lilliana Magallon; SARA PEREZ, | ) CASE NO. CV13-008312-SVW(FFMx) ) *[Assigned to Judge Stephen V. Wilson,* ) *Courtroom 6]* ) |
| Plaintiffs, | ) **DEFENDANTS DEPUTY DAVID** |
| | ) **CHEVEZ and DEPUTY LAWRENCE** |
| vs. | ) **SWANSON, JR.'S AMENDED EXHIBIT** ) **LIST** |
| COUNTY OF LOS ANGELES; LEROY BACA, DEPUTIES DAVID CHEVEZ and LAWRENCE SWANSON, JR.; AND DOES 3 – 10, | ) ) ) ) ) |
| Defendants. | ) **Trial Date:   August 12, 2014** ) ) |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants DEPUTY DAVID CHEVEZ and DEPUTY LAWRENCE SWANSON, JR. hereby submit the following submit the following amended list of exhibits that are intended for use at trial pursuant to F.R.Civ.P. 26(a)(3)(A)(iii). Defendants are not currently in possession of a proposed exhibit list from plaintiffs;

Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax   (626) 243-1111

18782

1.

**DEFENDANTS' AMENDED EXHIBIT LIST**

therefore, Defendants reserve their right to amend or supplement this list prior to trial.

Defendants reserve their right to introduce exhibits not listed for rebuttal purposes:

## DEFENDANTS' EXHIBIT LIST

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 200. | Homicide File No. 012-09150-0399-013 Cover Sheet and Table of Contents COLA0001 - COLA0003 | | |
| 201. | Incident Report (Lennox Sheriff's Station, Deputies J. Short and M. Maxwell COLA0004 - COLA0009 | | |
| 202. | Major Incident Log COLA0010 - COLA0014 | | |
| 203. | Supplemental Report (Lennox Sheriff's Station, Deputy J. Hill) - Active/Additional COLA0015- COLA0020 | | |
| 204. | Supplemental Report (Lennox Sheriff's Station, Deputy Loera) - Active/Additional COLA0021 - COLA0023 | | |
| 205. | Supplemental Report (Lennox Sheriff's Station, Deputy Maldonado) - Active/Additional Information COLA0024 | | |
| 206. | Supplemental Report (Lennox Sheriff's Station, Deputy M. Maxwell) - Active/Additional Information COLA0025 | | |
| 207. | Supplemental Report (Lennox Sheriff's Station, Deputy J. Short) - Active/Additional Information COLA0026 - COLA0027 | | |
| 208. | Supplemental Report (Lennox Sheriff's Station, Deputy D. Woullard) - Active/Additional Information COLA0028 | | |

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

18782

2

**DEFENDANTS' AMENDED EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 209. | Supplemental Report (Lennox Sheriff's Station, Deputy S. Kusiak) - Active/Additional COLA0029 - COLA0030 | | | |
| 210. | Hospital Release Form Re: Gutierrez, Jilberto COLA0031 | | | |
| 211. | Supplementary Report (Homicide Bureau, Sergeants S. Hoglund and M. Loman) - Active/Investigation Conducted/Evidence collected/Additional Information/CC #2012-06827 COLA0032 - COLA0037 | | | |
| 212. | Supplementary Report (Homicide Bureau, Detectives F. Salerno and R. Duval) - Active/Investigation Conducted/Witnesses and Victims Interviewed/Evidence Collected/Coroner's Case #2012-06827. COLA0038 - COLA0056 | | | |
| 213. | Supplementary Report (Scientific Services Bureau, Deputy J. Chun) - Active/Additional Information/Photographs Taken/Seized Evidence COLA0057 - COLA0058 | | | |
| 214. | Supplementary Report (Scientific Services Bureau, Deputy J. Chun) - Active/Additional Information /Photographs Taken/Sketch COLA0059 | | | |
| 215. | Firearms Identification Report Re: Lab Receipts #K382943 and K454815 COLA0060 | | | |
| 216. | Chemical Processing Examination Report Re: Lab Receipt #K382940 COLA0061 | | | |
| 217. | Biological Evidence Examination Report Re: Lab Receipts #K382940 | | | |

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

18782

**DEFENDANTS' AMENDED EXHIBIT LIST**

16

| | | | | |
|---|---|---|---|---|
| | | and K461576<br>COLA0062 - COLA0064 | | |
| | 218. | Crime Scene Sketches<br>COLA0065 - COLA0066 | | |
| | 219.<br>PA | Autopsy Report (County of Los Angeles Department of Coroner) Re: Gutierrez, Jilberto<br>COLA0067 - COLA0091 | ✓<br>*(handwritten)* | *(handwritten)* |
| | 220. | Los Angeles County Sheriff's Department Records Re: 912-09128-0383-184<br>COLA0092 - COLA0099 | 12/2 | |
| | 221. | Los Angeles County Booking and Property Records<br>COLA0131 - COLA0146 | 12/2 | |
| | 222. | Supplementary Report (Detective Division-Homicide Bureau) – Inactive/District Attorney's Letter of Opinion / Case Closed<br>COLA0147 - COLA0153 | | |
| | ~~223.~~ | Scene Photos<br>COLA0154 - COLA0372 | 12/3 | 12/3 |
| | 224. | Autopsy Photos<br>COLA0373 - COLA0452 | | |
| | 225. | CA Scott Cooper Interview (Audio File)<br>COLA0453 | | |
| | 226. | Dep David Chevez Interview (Audio File)<br>COLA0454 | | |
| | 227. | Dep Larry Swanson Interview (Audio File)<br>COLA0455 | | |
| | 228. | Dr. Arnold Sin Interview (Audio File)<br>COLA0456 | | |
| | 229. | Evelyn Davis Interview (Audio File)<br>COLA0457 | | |
| | 230. | Felix Travis Interview (Audio File)<br>COLA0458 | | |
| | 231. | Kimberley King Interview (Audio File) | | |

*(handwritten left margin: 223 A PB 44 223 B)*

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

18782

**DEFENDANTS' AMENDED EXHIBIT LIST**

Case 2:13-cv-08312-SVW-FFM   Document 92   Filed 07/08/14   Page 5 of 8   Page ID #:2787

| | | | | |
|---|---|---|---|---|
| 1 | | COLA0459 | | |
| 2 | 232. | Semisi Latu Interview (Audio File) COLA0460 | | |
| 3 4 | 233. | 1018 angle 2 0006 Security DVR (Video File) COLA0461 | | |
| 5 6 | 234. | 1018 angle 4 0006 Security DVR (Video File) COLA0462 | | |
| 7 8 | 235. | 1018 angle 4 DVR ED2 (Video File) COLA0463 | 12/3 | 12/3 |
| 9 10 | 236. | 1018 angle 8 0017 DVR ED (Video File) COLA0464 | | |
| 11 12 | 237. | 1018 angle 12 0006 DVR SS Closet (Video File) COLA0465 | | |
| 13 14 | 238. | 1018 angle 15 0006 DVR SS Closet (Video File) COLA0456 | | |
| 15 16 | 239. | 101812 0105 hrs Radio Traffic (Audio File) COLA0467 | | |
| 17 18 | 240. | 101812 0109 hrs Radio Traffic (Audio File) COLA0468 | | |
| 19 20 | 241. | 101812 0110 hrs Radio Traffic (Audio File) COLA0469 | | |
| 21 22 | 242. | Deputy Daily Worksheet COLA0470 - COLA0471 | | |
| 23 24 25 | 243. | LA County Fire Department Emergency Medical Services Report Form COLA0472 - COLA0475 | | |
| 26 27 28 | 244. | Subpoenaed Records from the County of Los Angeles – Department of Medical Examiner-Coroner COLA0476 - COLA0483 | | |

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

18782

**DEFENDANTS' AMENDED EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 245. | Subpoenaed Records from the County of Los Angeles – Department of Medical Examiner-Coroner (Forensic Science Laboratories) COLA0484 - COLA593 | | | |
| 246. PG 15 | Subpoenaed Records from Centinela Hospital COLA0594 - COLA0620 | | ✓ | ⌣ |
| 247. | Subpoenaed Records from Bank of America Re: Jilberto Gutierrez COLA0621 - COLA0818 | | | |
| 248. | Subpoenaed Records from Magnetic Component Engineering COLA0819 - COLA0896 | | | |
| 249. | Subpoenaed Records from Douglass and Dunaway Mortuary COLA0897 - COLA0913 | | | |
| 250. | Subpoenaed Records from Inglewood Park Cemetery COLA0914 - COLA0944 | | | |
| 251. | Subpoenaed Records from Stryker COLA0945 - COLA01110 | | | |
| 252. | LASD Training Records for Dep. Swanson COLA01111 - COLA01116 | | | |
| 253. | LASD Training Records for Dep. Chevez COLA01117 - COLA01122 | | | |
| 254. | Plaintiffs' Initial Rule 26 Disclosures | | | |
| 255. P7 | Plaintiffs' Supplemental Rule 26 Disclosures | | → | obj |
| 256. pg6 | Plaintiff N.G.'s Responses to Dep. Chevez's Special Interrogatories (Set One) | | → | |

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone   (626) 243-1100
Fax     (626) 243-1111

18782

**DEFENDANTS' AMENDED EXHIBIT LIST**

| | | | |
|---|---|---|---|
| 257. | Plaintiff N.G.'s Responses to Dep. Chevez's Request for Production (Set One) | | |
| 258. | Plaintiff L.G.'s Responses to Dep. Chevez's Special Interrogatories (Set One) | | |
| 259. *pg except 35* | Plaintiff L.G.'s Responses to Dep. Chevez's Request for Production (Set One) | | ✓ |
| 260. | Plaintiff Sara Perez's Responses to Dep. Chevez's Special Interrogatories (Set One) | | ✓ |
| 261. | Plaintiff Sara Perez's Responses to Dep. Chevez's Request for Production (Set One) | | |
| 262. | Plaintiff N.G.'s Responses to Dep. Swanson's Special Interrogatories (Set One) | | ✓ |
| 263. | Plaintiff N.G.'s Responses to Dep. Swanson's Request for Production (Set One) | | |
| 264. | Plaintiff L.G.'s Responses to Dep. Swanson's Special Interrogatories (Set One) | | |
| 265. | Plaintiff L.G.'s Responses to Dep. Swanson's Request for Production (Set One) | | |
| 266. | Plaintiff Sara Perez's Responses to Dep. Swanson's Special Interrogatories (Set One) | | |
| 267. | Plaintiff Sara Perez's Responses to Dep. Swanson's Request for Production (Set One) | | |
| 268. | Expert Report of Philip S. Trompetter, PhD, ABPP | | |
| 269. | Expert Report of Vina R. Spiehler, PhD, DABFT | | |
| 270. | Expert Report of Commander (ret.) Gil Jurado | | |

Collins Collins
Muir + Stewart LLP
1100 El Centro Street.
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

18782

7

**DEFENDANTS' AMENDED EXHIBIT LIST**

| | | | |
|---|---|---|---|
| 271. | Expert Report of Sgt (ret.) Paul Delhauer | | |
| 272. | Expert Report of Michelle Hoffman, M.S. | | |
| 273. | Demonstrative Exhibits | | |

DATED: July 8, 2014                    COLLINS COLLINS MUIR + STEWART LLP

By: _____

ERIN R. DUNKERLY
TOMAS A. GUTERRES
CATHERINE M. MATHERS
Attorneys for Defendants, COUNTY OF
LOS ANGELES, DEPUTY DAVID
CHEVEZ, DEPUTY LAWRENCE
SWANSON, JR., DEPUTY SAMUEL
GOMEZ and DEPUTY JOSHUA
KELLEY-EKLUND

s Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

18782

8

DEFENDANTS' AMENDED EXHIBIT LIST

1   Samuel O. Ogbogu, Esq. (#156427)
    SAMUEL OGBOGU, INC.
2   4311 Wilshire Boulevard, Suite 308
3   Los Angeles, CA 90010
    Telephone: (213) 624-1500
4   Facsimile: (213) 802-2946
    sogboguinclaw@aol.com
5

6   Robert L. Shtofman, Esq. (#135577)          Gary S. Casselman, Esq. (#81658)
    Law Ofc Robert L. Shtofman               CASSELMAN LAW OFFICES
7   18150 Chardon Cir                        3415 S. Sepulveda Blvd., Suite 100
8   Encino, CA 91316                         Los Angeles, CA 90034
    Tel. (818) 609-0090                      Tel. (310) 314-4444 Fax: (310) 314-4447
9   Fax (818) 609-1977                       garyscasselman@gmail.com
    RShtofman@gmail.com
10

11  Attorney for Plaintiffs, N.G. and L.G., Minors, by and through
12  Their Guardian ad Litem, Lilliana Magallon; Sara Perez.

13
                    UNITED STATES DISTRICT COURT
14                CENTRAL DISTRICT OF CALIFORNIA

15  N.G. AND L.G., minors, by and through their  )   Case No.: CV13-008312-SVW (FFMx)
16  Guardian ad Litem, Lilliana Magallon; SARA   )
    PEREZ.                                        )
17                                                )   PLAINTIFFS' AMENDED
                    Plaintiffs,                   )   EXHIBIT LIST – PHASE ONE
18  Vs.                                           )   TRIAL
                                                  )
19  COUNTY OF LOS ANGELES; LEROY                  )   Trial Date:   December 2, 2014
20  BACA, DEPUTY DAVID CHEVEZ,                    )
    DEPUTY LAWRENCE SWANSON AND                   )   Time:         9:00 a.m.
21  DOES 3 – 10.                                  )   Courtroom:  6
                                                  )
22                  Defendants                    )
                                                  )
23                                                )
                                                  )
24                                                )

25       Plaintiffs, N.G. L.G. and Sara Perez hereby submit the following List of

26  Exhibits for use at Trial, Phase One.  Plaintiffs reserve the right to amend and/or

27  supplement this list:

28

---
[PROPOSED] PLAINTIFFS' EXHIBIT LIST                                          Page 1

# TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | Family Photographs depicting Jilberto Gutierrez and family members | | |
| 2. | LA County Fire Department Emergency Medical Services Report Form | | |
| 3. | Centinela Hospital Medical Center - Records of Jilberto Gutierrez | 12/3 | 12/3 |
| 4. | Sketch of Room 12 by M. Acevedo COLA 0065 | 12/3 | 12/3 |
| 5. | Sketch of 12 by Dept. J. Chun COLA 0066 | | |
| 6. | Photographs depicting Deputy David Chevez COLA 0154 – 0158 | | |
| 7.A, B | Photographs depicting Deputy Lawrence Swanson COLA 0159 – 0163 | 12/3 | 12/3 |
| 8. | Photographs depicting exterior of Centinela Hospital Emergency Facility COLA 0164 – 0172 | | |
| 9. | Photographs depicting the Nursing Station II – near Room 12 COLA 0190 | 12/3 | 12/3 |
| 10. | Photographs depicting Hallway of Room 12 COLA 0191 – 0194 | | |
| 11. | Photographs depicting Entrance to room 12 COLA 0195 – 0196 | | |

Handwritten margin notes (left side):
13-C ✓
13-D ✓
13-E 12/3 ⟍
13-F
13-G
13-H

I
J
L
L

| No. | | Description | | |
|---|---|---|---|---|
| 12.<br>12B | | Photographs depicting view of Room 12 from the entrance door<br>COLA 0197<br>COLA 0431 | 12-3 | 12-3 |
| 13.<br>13-A ✓<br>13-B ✓ | | Photographs depicting the Scene inside Room 12<br>COLA 0198 – 0354* | ~~12~~ 12/2 | 12/2 |
| 14. D | | Photographs Depicting hand gun with bullets<br>COLA 0355 – 0356; 0371 - 0372 | ~~12/2~~ | |
| 15. D | | Photographs of Room 12 inspection - 2014 | 12/2 | 12/2 |
| 16.<br>16B ✓ | | Autopsy Photographs<br>COLA 0404<br>COLA 0414 – 0416<br>COLA 0429 | 12/2 | 12/2 |
| 17. | | Additional Autopsy Photos<br>COLA 0432<br>COLA 0434<br>COLA 0437<br>COLA 0445<br>COLA 0451 - 0452 | | |
| 18. | | Scott Cooper Interview Audio Interview<br>COLA 0453 | | |
| 19. | | Deputy Lawrence Swanson Audio Interview<br>COLA 0455 | | |
| 20. | | Security Video - 1018 angle 12 0006 SS Closet<br>COLA0465 | | |
| 21. | | Security Video - 1018 angle 4 DVR ED2<br>COLA0463 | | |

| | | | | |
|---|---|---|---|---|
| 22. | Chemical Processing Examination Report of Beretta Model 92FS 9mm semi-automatic handgun by Alex Strouzer #285040 COLA 0061 | | | |
| 23. | Projectile Evidence COLA 0064 | | | |
| 24. 24A ✓ | Records from County of Los Angeles – Department of Medical Examiner – Coroner | 12/2 | 12/2 | |
| 25. 25A | Sketches of Deputy David Chevez demonstrating position of the deputies at the scene (*Exhibits 1, 1A and 7 to deposition of Chevez, Vols. 1 and 2*) | 12/2 | 12/2 | |
| 26. A 26B ✓ 26C ✓ | Photographs of Deputy Chevez demonstrating Shooting Positions (*Exhibits 2 and 3 to depositions of Chevez Vol. and Dr. Lwin Deposition*) | 12-3 12/2 | 12-3 12/2 | |
| 27. | Photograph of Deputy David Chevez demonstrating punching fist  (*Exhibit 13 to Chevez deposition Vol. 2 and 3*) | | | |
| 28. | Photograph depicting palms of Deputy Chevez (*Exhibit 5 of deposition of Chevez, Vol 2 and 3*) | | | |
| 29. | Photographs of Deputy Lawrence Swanson's gun holster. | | | |
| 30. | Photograph depicting the spot identified by Deputy David Chevez as the shooting spot (*Exhibit 18 to deposition of David Chevez*) | 12/2 | 12/2 | |
| 31. | Circle reflecting the position of Deputy Lawrence Swanson at the time of the gunshot (*Exhibit 26 to Swanson Deposition*) | | | |
| 32. A&B | Photograph of Deputy Lawrence Swanson demonstrating the position of Jilberto Gutierrez at the time of the Shooting (*Exhibit 21 to Swanson deposition*). | 12/3 | 12/3 | |

[PROPOSED] PLAINTIFFS' EXHIBIT LIST

Page 4

| 33. | Photograph of Deputy Swanson Demonstrating Swanson's position at the time of the shooting *(Exhibit 33 to Swanson deposition)*. | 12/3 | 12/3 |
| 34. | Circle reflecting the position of Deputy Lawrence Swanson at the time of the gunshot *(Exhibit 34 to Swanson Deposition)* | | |
| 35. | Photographs of Styrofoam Model with knitting needle attached deposition of Cho Lwin, MD *(Exhibits 6,7)* | 12/2 | 12/2 |
| 36. | Certificate of Live Birth for N.G. | | |
| 37. | Certificate of Live Birth for L.G. | | |
| 38. | Certificate of Live Birth for Jilberto Gutierrez | | |
| 39. | Records from Douglas and Dunaway Mortuary | | |
| 40. | Records from Inglewood Park Cemetery | | |
| 41. | Demonstrative Exhibit No. 1 – Styrofoam Model | | |
| 42. A(?) | Expert's Animated Depiction of Shooting | ✓ | ✓ |
| 43. | Minor children's Goodbye Letter | | |
| 44. | Minor children's letters about Father | | |
| 45. | Minor children's Memory Box | | |
| 46. | Radio Traffic Audio - 101812 0105 hours COLA0467 | | |

DATED: 12/1/14

By     /S/ Samuel Ogbogu
Samuel Ogbogu, Esq.
Robert S. Shtofman, Esq.
Gary S. Casselman, Esq.
Attorneys for Plaintiffs,
N.G., L.G., and Sara Perez