FILED
CLERK, U.S. DISTRICT COURT

July 20, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_PMC\_\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

N. G. et al,

PLAINTIFF(S)

V.

County of Los Angeles et al

DEFENDANT(S).

CASE NUMBER

2:13-cv-08312-SVW-FFM

**JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**

This action having been tried before the Court sitting with a jury, the Honorable STEPHEN V. WILSON, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

N.G. and L.G., minors, by and through their Guardian ad Litem, Lilliana Magallon; Sara Perez

take nothing; that the action be dismissed on the merits; and that the defendant(s):

David Chevz and Lawrence Swanson, Jr.

recover of the plaintiff(s) its costs of action, taxed in the sum of  To Be Determined .

Clerk, U. S. District Court

Dated: 7/20/15

By *[signature]*

Deputy Clerk

At: Los Angeles, California

cc: Counsel of record

CV-44 (11/96)                JUDGMENT ON THE VERDICT FOR DEFENDANT(S)